UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| REGINALD SMITH, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:05CV01503 RWS |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al. ) | |
| Defendant(s). ) | |

**MEMORANDUM AND ORDER**

Local Rule 2.06(b) states that "If any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the Court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice." On January 10, 2007, mail sent to Smith was returned to this Court as undeliverable and did not include a forwarding address. More than thirty days has since passed and Smith has not notified the Court of a change of address.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice pursuant to Local Rule 2.06(b).

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 11th day of June, 2007.